### 12778.  DORSEY v. THE STATE.

BROYLES, C. J. This court has no jurisdiction to consider a bill of exceptions which has not been certified by the judge to be entirely true. *Fort* v. *Sheffield*, 108 *Ga.* 781 (33 S. E. 660), and citation.

(a) In the instant case the judge states, in a note which precedes his certificate, that he cannot certify as to a specified material fact appearing in the bill of exceptions. It follows that under the above ruling the bill of exceptions cannot be entertained by this court. See *Jarriel* v. *Jarriel*, 115 *Ga.* 23 (41 S. E. 262).

*Writ of error dismissed.  Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 17, 1921.

Indictment for sale of liquor; from Cherokee superior court — Judge Blair.  August 12, 1921.

*John T. Dorsey,* for plaintiff in error.

*John S. Wood, solicitor-general, Lindley W. Camp,* contra.